UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WENDY ROSS ,
    Plaintiff,

-vs.-                                      Case No. 2:12-cv-14896-GCS-MKM
                                       Hon. George Caram Steeh

INTEGRITY FINANCIAL PARTNERS, INC.
a Kansas corporation,
    Defendant.
_____

## NOTICE OF VOLUNTARY DISMISSAL
## WITH PREJUDICE AND WITHOUT COSTS TO EITHER PARTY

    The Plaintiff hereby dismisses the within action with prejudice and without costs to either party.

                                              Respectfully submitted

January 22, 2013                    /s/ Gary Nitzkin
                                              GARY D. NITZKIN (P41155)
                                              Attorney for Plaintiff
                                              22142 West Nine Mile Road
                                              Southfield, MI 48033
                                              (248) 353-2882
                                              gnitzkin@creditor-law.com

## PROOF OF SERVICE

    I, Gary D. Nitzkin hereby state that on January 22, 2013, I served a copy of the within pleading upon all counsel of record via the ECF System.

                                              /s/ Gary D. Nitzkin
                                              Michigan Consumer Credit Lawyers
                                              22142 W. Nine Mile Road
                                              Southfield, MI 48033
                                              (248) 353-2882
                                              gnitzkin@creditor-law.com
                                              P41155